TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Stephanie Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Roth, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| RevMD Partners, LLC, an Illinois corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, STEPHANIE ROTH, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Queen Valley, Pinal County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. The Defendant to this lawsuit is RevMD Partners, LLC, which is an Illinois corporation that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

5. Defendant is attempting to collect two consumer type debts allegedly owed by Plaintiff to Rural Metro Corporation.  These are medical debts.  One has an account number of 101237928903**** with a balance of $1,016.00, and the

other alleged debt has an account number of 101269779106**** with a balance of $86.00 (the "Debts").

6. On or about January 1, 2016, Mrs. Roth obtained her Trans Union credit file and noticed the alleged Debts.

7. On or about January 20, 2016, Mrs. Roth submitted a letter to Defendant, disputing the Debts.

8. On or about May 11, 2016, Mrs. Roth obtained her Trans Union credit file and noticed that Defendant failed to flag the Debts as disputed, in violation of the FDCPA.

9. Mrs. Roth has suffered damages as a result of Defendant's actions.

## COUNT I-VIOLATION OF
## THE FAIR DEBT COLLECTION PRACTICES ACT

10. Plaintiff reincorporates the preceding allegations by reference.

11. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

12. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

13. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

3

14. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.  Defendant did this when it failed to mark the Debts as disputed on Mrs. Roth's Trans Union credit file.

15. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## JURY DEMAND

1  Plaintiffs hereby demand a trial by Jury.

2

3

4  DATED: May 31, 2016

5                                                KENT LAW OFFICES

6

7                                      By: */s/ Trinette G. Kent*

8                                       Trinette G. Kent
                                     Attorneys for Plaintiff,
9                                       Stephanie Roth

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5