TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Stephanie Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Roth, | Case No.:  2:16-cv-01694-NVW |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| RevMD Partners, LLC, an Illinois corporation, | |
| Defendant. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action with prejudice and without costs to either party.

KENT LAW OFFICES

1

1
2      DATED: August 31, 2016                    By: ___/s/   Trinette G. Kent_____
3                                                Trinette G. Kent
                                                 Attorney for Plaintiff,
4                                                Stephanie Roth
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28